UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim No. 08-826 (MLC) |
| | | Hon. Mary L. Cooper |
| vs. | : | |
| JOSEPH MACANGA | : | <u>ORDER AMENDING THE DEFENDANT'S BOND CONDITIONS</u> |
| | : | |

IT IS on this ___10th___ day of November, 2008,

ORDERED that the conditions of the defendant's pretrial bond be amended to remove electronic leg monitoring as well as home confinement as a condition of his bond.

IT IS FURTHER ORDERED that the defendant submit to random polygraphing as determined necessary by U.S. Pretrial Services.

IT IS FURTHER ORDERED that all of the other conditions of the defendant's pretrial supervision remain in effect until further order of this court.

_____
HONORABLE MARY L. COOPER
United States District Judge